THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY MOORE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>F/V PACIFIC MARIT, INC., and/or BRENDAN BATES,<br><br>　　　　　Defendants. | No. 2:16-cv-01876-RAJ<br><br>~~PROPOSED~~ STIPULATED MOTION AND ORDER OF TRANSFER TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON, EUGENE DIVISION |

COME NOW the parties above named, through their respective counsel of record, and stipulate to the entry of an Order of Transfer to the United States District Court for the District of Oregon, Eugene Division, for the reason that the Western District of Washington lacks personal jurisdiction and the proper venue is in the Eugene Division of the District of Oregon.

### I.　　MOTION AND STIPULATION

A transfer is mandated by 28 U.S.C. §1631, because there is a want of jurisdiction in the Western District of Washington, the proper venue is the Eugene Division in the District of Oregon, and a transfer is in the interest of justice.

~~PROPOSED~~ STIPULATION AND ORDER
OF TRANSFER - Page 1
(Cause No. 2:16-cv-01876-RAJ)
{28162-00282438;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

None of the parties reside in Washington State. They are all domiciled in Oregon, specifically in Douglas County. Defendants lack the requisite contacts with Washington State for an exercise of jurisdiction. Moreover, the alleged and disputed injury allegedly occurred while fishing off the coast of Coos Bay, Oregon.

This action should have been filed in the United States District Court for the District of Oregon, Eugene Division. Under Local Rule 3-2, the Eugene Division encompasses both Coos and Douglas Counties. Furthermore, the proper venue for Plaintiff's Jones Act claim is where the defendant either resides, transacted substantial business, or where the action arose. *E.g. Pure Oil Co. v. Suarez*, 384 U.S. 202, 204, 86 S. Ct. 1394, 1395, 16 L. Ed. 2d 474 (1966) (venue proper where corporate defendant "transacted a substantial amount of business"). Oregon is the paradigm forum. For a corporation, "[t]he paradigmatic locations where general jurisdiction is appropriate … are its place of incorporation and its principal place of business." *Ranza v. Nike, Inc.*, 793 F.3d 1059, 1069 (9th Cir. 2015). "For an individual, the paradigm forum for the exercise of general jurisdiction is the individual's domicile ...." *Goodyear Dunlop Tires Operations, S.A. v. Brown*, 564 U.S. 915, 924, 131 S.Ct. 2846, 180 L.Ed.2d 796 (2011).

A transfer is in the interest of justice, because a dismissal for lack of jurisdiction would time-bar Plaintiff's action. *See Complaint* (Dkt #1) (alleging injury in or about December/January 2013/2014).

For these reasons, the parties hereby stipulate to a transfer to the United States District Court for the District of Oregon, Eugene Division.

/ / /

/ / /

PROPOSED STIPULATION AND ORDER
OF TRANSFER - Page 2
(Cause No. 2:16-cv-01876-RAJ)
{28162-00282438;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

DATED this 19th day of January, 2017.

| LE GROS BUCHANAN & PAUL | O'BRYAN BAUN KARAMANIAN |
|---|---|
| By: *s/ Markus B.G. Oberg* <br> Markus B.G. Oberg, WSBA #34914 <br> LeGros, Buchanan & Paul <br> 4025 Delridge Way SW, Suite 500 <br> Seattle, WA 98106-1271 <br> Telephone: (206) 623-4990 <br> Fax: (206) 467-4828 <br> E-mail: moberg@legros.com; <br> *Attorneys for Defendants F/V Pacific Marit, Inc., and Brendan Bates* | By: *s/ Dennis M. O'Bryan (via email authorization 1.19.2017)* <br> Dennis M. O'Bryan, MI Bar #P30545 <br> *Pro Hac Vice* <br> 401 S. Old Woodward, Suite 463 <br> Birmingham, MI 48009 <br> Telephone: 248.258.6262 <br> Fax: 248.258.6047 <br> E-mail: dob@obryanlaw.net <br> *Attorneys for Plaintiff* |

DAVIS LAW GROUP, P.C.

By: *s/ Christopher M. Davis (via email authorization 1.19.2017)*
Christopher M. Davis, WSBA #23234
2101 4th Ave. #1030
Seattle, WA 98121
Telephone: 206.727.4000
Fax: 206.727.4001
E-mail: chris@davislawgroupseattle.com
*Attorneys for Plaintiff*

## II.   ORDER

IT IS ORDERED that the above-captioned lawsuit be and hereby is TRANSFERRED to United States District Court for the District of Oregon, Eugene Division.

DATED this 23rd day of January, 2017.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

~~PROPOSED~~ STIPULATION AND ORDER
OF TRANSFER - Page 3
(Cause No. 2:16-cv-01876-RAJ)
{28162-00282438;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990